Henderson, Chief-Justice.
 

 I think the Judge erred in not extending the estoppel to
 
 Blount,
 
 for the case states, that
 
 Swain
 
 and the Defendant, under
 
 Swain’s
 
 pretended title, entered upon the land. Now it appears to me, that if
 
 Swain
 
 is estopped from setting up title, in himself, that
 
 Blount,
 
 who acted under that title, or to use the words of the case, the pretended title of
 
 Swain,
 
 is equally
 
 estopped;
 
 and that a title by estoppel, will, as to them estopped, as well as a title against the world, draw to it the possession. Which constructive possession, according to our notions, supports the action of trespass.
 

 Per Curiam. — Let the judgment below be reversed, and a new trial granted.